**SAO**
BRIAN L. ELSTEIN, ESQ.
Nevada Bar No.: 16529
Brian@bernsteinslaw.com
**JACK BERNSTEIN INJURY LAWYERS**
3097 E. Warm Springs Road, Bldg. 4, Ste. 200
Las Vegas, NV 89120
Phone: (702) 623-2333
Fax: (800) 734-1941
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAHIDA DENNIS,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, DOES 1 through 100; And ROE CORPORATIONS 101 through 200;<br><br>Defendants. | CASE NO.:  2:25-CV-00197-JAD-EJY<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>(First Request) |

The Parties, by and through their respective counsel of record, hereby Stipulate and Agree as follows:

WHEREAS the Defendant filed a Defendant Costo Wholesale Corporation's Motion for a Summary Judgment on May 16, 2025 [ECF # 18] ("Defendant's MSJ").

WHEREAS the Plaintiff's Response to the Defendant's MSJ is set for June 6, 2025.

WHEREAS the Parties are currently engaged in settlement discussions and anticipate concluding settlement discussions shortly.  If the Parties can not reach a settlement, they will proceed with the remaining briefing on the Defendant's MSJ.

WHEREAS the Court has not previously granted any enlargements or extensions of time regarding the stay or briefing schedule.

///

///

///

Page 1 of 2

WHEREAS the Parties hereby STIPULATE AND AGREE that the Plaintiff's response to the Defendant's MSJ is now due on June 13, 2025;

IT IS SO STIPULATED.

Dated: June 6, 2025

| JACK BERNSTEIN INJURY LAWYERS | OLSON CANNON & GORMLEY |
|---|---|
| /s/ Brian Elstein | /s/ Michael Federico |
| BRIAN L. ELSTEIN, ESQ. | MICHAEL A. FEDERICO, ESQ. |
| Nevada Bar No.: 16529 | Nevada Bar No. 005946 |
| 3097 E. Warm Springs Road, Bldg.4, Ste. 200 | PATERNO C. JURANI, ESQ |
| Las Vegas, NV 89120 | Nevada Bar No. 008136 |
| Phone: (702) 623-2333 | OLSON CANNON & GORMLEY |
| *Attorneys for Plaintiff* | 9950 W Cheyenne Ave |
| | Las Vegas, NV 89129 |
| | Phone: (702) 384-4012 |
| | *Attorneys for Defendant* |
| | *Costco Wholesale Corporation* |

## **ORDER**

IT IS SO ORDERED.

DATED this 10th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE