**SAO**
BRIAN L. ELSTEIN, ESQ.
Nevada Bar No.: 16529
Brian@bernsteinslaw.com
**JACK BERNSTEIN INJURY LAWYERS**
3097 E. Warm Springs Road, Bldg. 4, Ste. 200
Las Vegas, NV 89120
Phone: (702) 623-2333
Fax: (800) 734-1941
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAHIDA DENNIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, DOES 1 through 100; And ROE CORPORATIONS 101 through 200;<br><br>    Defendants. | CASE NO.:  2:25-CV-00197-JAD-EJY<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

The Parties, by and through their respective counsel of record, hereby Stipulate and Agree as follows:

WHEREAS the Defendant filed a Defendant Costo Wholesale Corporation's Motion for a Summary Judgment on May 16, 2025 [ECF # 18] ("Defendant's MSJ").

WHEREAS the Plaintiff's Response to the Defendant's MSJ is currently set for June 13, 2025.

WHEREAS the Parties have been engaged in settlement discussions and anticipate concluding settlement discussions shortly.  If the Parties can not reach a settlement, they will proceed with the remaining briefing on the Defendant's MSJ.

WHEREAS the Court has previously granted one extension of time regarding the briefing schedule.

///

///

Page 1 of 2

WHEREAS the Parties hereby STIPULATE AND AGREE that the Plaintiff's response to the Defendant's MSJ is now due on June 20, 2025;

WHEREAS the Parties further STIPULATE AND AGREE that the Defendant's Reply in Support of Defendant's MSJ is now due on July 7, 2025;

IT IS SO STIPULATED.

Dated: June 13 , 2025

| JACK BERNSTEIN INJURY LAWYERS | OLSON CANNON & GORMLEY |
|---|---|
| */s/ Brian Elstein* | */s/ Michael Federico* |
| BRIAN L. ELSTEIN, ESQ. | MICHAEL A. FEDERICO, ESQ. |
| Nevada Bar No.: 16529 | Nevada Bar No. 005946 |
| 3097 E. Warm Springs Road, Bldg.4, Ste. 200 | PATERNO C. JURANI, ESQ |
| Las Vegas, NV 89120 | Nevada Bar No. 008136 |
| Phone: (702) 623-2333 | OLSON CANNON & GORMLEY |
| *Attorneys for Plaintiff* | 9950 W Cheyenne Ave |
| | Las Vegas, NV 89129 |
| | Phone: (702) 384-4012 |
| | *Attorneys for Defendant* |
| | *Costco Wholesale Corporation* |

### ORDER

IT IS SO ORDERED.

DATED this 13th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2