MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
PATERNO C. JURANI, ESQ.
Nevada Bar No. 008136
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgattorneys.com
pjurani@ocgattorneys.com
Attorney for Defendant
*Costco Wholesale Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZAHIDA DENNIS<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, DOES I through 100; And ROE CORPORATIONS 1011 through 200<br><br>Defendants. | CASE NO. 2:25-cv-00197-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 25 |

Plaintiff ZAHIDA DENNIS and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 27 day of August, 2025.         DATED this ____ day of August, 2025.

JACK BERNSTEIN INJURY LAWYERS         OLSON CANNON & GORMLEY

_____         _____
INES OLEVIC-SALEH ESQ.                MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 11431                 Nevada Bar No. 5946
3097 E. Warm Springs Rd.,             9950 W. Cheyenne Ave.
Bldg. 4, Ste. 200                     Las Vegas, NV  89129
Las Vegas, NV 89120                   Attorney for Defendant
Attorney for Plaintiff

### ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All deadlines and due dates are vacated. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 2, 2025

Respectfully submitted by:
OLSON CANNON & GORMLEY

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129
Attorneys for Defendant

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

| | |
|---|---|
| DATED this ___ day of August, 2025. | DATED this 29th day of August, 2025. |
| JACK BERNSTEIN INJURY LAWYERS | OLSON CANNON & GORMLEY |
| | */s/ Michael A. Federico, Esq.* |
| INES OLEVIC-SALEH ESQ. | MICHAEL A. FEDERICO, ESQ. |
| Nevada Bar No.: 11431 | Nevada Bar No. 5946 |
| 3097 E. Warm Springs Rd., | 9950 W. Cheyenne Ave. |
| Bldg. 4, Ste. 200 | Las Vegas, NV 89129 |
| Las Vegas, NV 89120 | Attorney for Defendant |
| Attorney for Plaintiff | |

### ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff ZAHIDA DENNIS against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED:_____

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
OLSON CANNON & GORMLEY

*/s/ Michael A. Federico, Esq.*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

2